# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0039

VERSUS

LAFELIX D. MILLER                                    **MARCH 6, 2023**

---

In Re:    LaFelix D. Miller, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 11-CR9-114770.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court is ordered to proceed toward disposition of relator's application for postconviction relief, filed on September 6, 2022, on or before April 11, 2023. A copy of the trial court's action shall be filed with this court on or before April 18, 2023.

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.SₙO*
---
DEPUTY CLERK OF COURT
    FOR THE COURT